1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10   VERGIE M. CHANDLER,              )        NO. EDCV 07-1321-CT
                                      )
11              Plaintiff,            )
                                      )        JUDGMENT
12                 v.                 )
                                      )
13   MICHAEL J. ASTRUE,               )
     Commissioner of                  )
14   Social Security,                 )
                                      )
15                                    )
                Defendant.            )
16                                    )
     _____)

17

18        IT IS ADJUDGED that judgment is entered in favor of defendant

19   Commissioner of Social Security for the reasons set forth in the court's

20   Opinion and Order filed concurrently.

21   DATED: 11/14/09

22                                    _____
                                      CAROLYN TURCHIN
23                                    UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28